CAMILLE O. A. PERCEVAL and Another, as Executors, etc., v. HUGO WERNER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADOLPH I. HUNAU and Others v. RACHAEL L. PASINSKY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEO F. STURM v. CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IDA COHEN v. LEO FEDER, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HERSHON REALTY HOLDING Co., INC., v. SIDNEY H. Ross and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISIDORE KLEIN v. FRESER-FINDLING, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KAHN TERMINAL COMPANY, INC., v. EDGAR A. WARD and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWIN L. KAHNER v. MAX GREENWALD and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL FOKINE v. JACOB J. SHUBERT.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAHAM WEINGARTEN v. DOUBLE CENTURY NEEDLE MANUFACTURING CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALLYN KING v. LEW CANTOR and Others. DOUGLAS STEVENSON v. LEW CANTOR and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of JOSEPH KRINSKY, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of RANDOLPH M. NEWMAN, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.